UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

'08 FEB 11 A11:31

JON W. SANFILIPPO, CLERK
MAIL REC'D

February 5, 2008

Office of the Clerk
U.S. District Court
362 U.S. Courthouse
517 E. Wisconsin Ave
Milwaukee WI 53202

Case Name: US v. Patrick O'Brien
Case Number: 3:08-70035
Charges: 21:241 Conspiracy to distribute controlled substance marijuana

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge _____ The following action has been taken:

    ☒  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ☒  The defendant has a court appearance in your court on:

Enclosed are the following documents:

    Certified ~~original~~ Rule 40 affidavit
    copies ~~original~~ minute orders
    certified copy of *AO 94, Commitment to Another District*

☒ Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____

CLERK, U.S. DISTRICT COURT